UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-CR-20840-HUCK-MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDY RODRIGUEZ PEREZ,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Chris McAliley's Report and Recommendation on Change of Plea [D.E. 110], which was issued on May 2, 2017. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Andy Rodriguez Perez, be found to have freely and voluntarily entered a plea of guilty to Counts 1 and 2 of the Superseding Information. [D.E. 65]. Count 1 of the Superseding Information charges the Defendant with conspiracy to possess with intent to distribute a controlled substance — specifically, fifty (50) grams or more of methamphetamine, and five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine — in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 846. Count 2 of the Superseding Information charges the Defendant with conspiracy to commit access fraud, in violation of Title 18, United States Code, Sections 1029(a)(5) and 2. Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offenses to which the plea of guilty has been entered, that a Pre-Sentence Investigation Report be ordered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded an opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 110] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and the Defendant is adjudged guilty of conspiracy to

possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 846; and conspiracy to commit access fraud, in violation of Title 18, United States Code, Sections 1029(a)(5) and 2. A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Ave., 13th Floor, Courtroom 13-2, Miami, Florida, on **Friday, July 21, 2017, at 10:30 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida this 18th day of May, 2017.

_____
PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

<u>Copies Furnished To</u>:

All Counsel of Record